# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**IKORONGO TECHNOLOGY LLC, ET AL.,**
*Plaintiff*

V.  Civil Action No. **6:20–CV–00258–ADA**

**LYFT, INC.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Lyft, Inc.**
**By and through its Registered Agent**
**Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company**
**1999 Bryan Street, Suite 900**
**Dallas, Texas 75201–3136**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff s attorney, whose name and address are:

**Derek T. Gilliland**
**The Sorey Law Firm**
**109 W. Tyler Street**
**Longview, TX 75601**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/LEIGH ANNE DIAZ**

DEPUTY CLERK



ISSUED ON 2020–04–02 14:44:43

Civil Action No. 6:20–CV–00258–ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*_____

was received by me on *(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____

_____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with *(name)*_____

_____, a person of suitable age and discretion who resides there,

on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)*_____, who is

designated by law to accept service of process on behalf of *(name of organization)*_____

_____ on *(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____

_____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____            _____

*Server's signature*

_____

*Printed name and title*

_____

*Server's Address*

Additional information regarding attempted sevice, etc:

_____

_____