# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| IKORONGO TECHNOLOGY LLC AND IKORONGO TEXAS LLC, §§§§<br><br>Plaintiff(s),<br>v.<br><br>LYFT, INC.,<br><br>Defendant(s). | Civil Action No. <u>6:20-CV-00258-ADA</u> |

## RETURN OF SERVICE

Came to my hand on **Friday, April 3, 2020 at 11:20 AM**,
Executed at: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **12:41 PM**, on **Friday, April 3, 2020**,
by delivering to the within named:

**LYFT, INC.**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By personally delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

**SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT and EXHIBITS A - E**

having first endorsed thereon the date of the delivery.

**BEFORE ME**, the undersigned authority, on this day personally appeared **Ernesto Martin Herrera** who after being duly sworn on oath states: "My name is **Ernesto Martin Herrera**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP.

By: _____
Ernesto Martin Herrera - PSC 4418 - Exp 11/30/21
served@specialdelivery.com

Subscribed and Sworn to by Ernesto Martin Herrera, Before Me, the undersigned authority, on this ___ day of April, 2020.

_____
Notary Public in and for the State of Texas

LATRACIE HOLLYWOOD
Notary Public
STATE OF TEXAS
ID# 13058732-8
My Comm. Exp. March 17, 2024