# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| IKORONGO TECHNOLOGY LLC and IKORONGO TEXAS LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>LYFT, INC.,<br><br>　　Defendant. | CIVIL ACTION NO. 6:20-cv-00258-ADA<br><br><br>JURY TRIAL DEMANDED<br><br><br>The Honorable Alan D Albright |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Lyft, Inc. ("Lyft") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff filed its Amended Complaint on April 1, 2020 (Dkt. No. 2) and served Lyft on April 3, 2020. Lyft's current response deadline is April 24, 2020.

The parties have agreed to a 30-day extension for Lyft's deadline to respond to the Complaint.

Wherefore, Lyft respectfully request that the Court grant this motion and enter an order extending the deadline for Lyft to answer or otherwise respond to the Complaint to May 25, 2020.

1

2

Date: April 22, 2020　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Syed K. Fareed*
　　　　　　　　　　　　　　　　　　　　　　Syed K. Fareed
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24065216
　　　　　　　　　　　　　　　　　　　　　　BAKER BOTTS L.L.P.
　　　　　　　　　　　　　　　　　　　　　　98 San Jacinto Blvd #1500
　　　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　　　Telephone: (512) 322-2500
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (512) 322-2501
　　　　　　　　　　　　　　　　　　　　　　E-mail: syed.fareed@bakerbotts.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Lyft, Inc.*

**CERTIFICATE OF CONFERENCE**

　　Pursuant to Local Rule CV-7(i), the undersigned hereby certifies that on April 22, 2020 counsel for Plaintiff conferred by email with counsel for Defendants and agreed that Plaintiff is unopposed to the relief requested herein.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Syed K. Fareed*
　　　　　　　　　　　　　　　　　　　　　　Syed K. Fareed

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| Derek T. Gilliland<br>SOREY, GILLILAND & HULL, LLP<br>109 W. Tyler St. Longview, Texas 75601<br>derek@soreylaw.com | Karl Anthony Rupp<br>NIX PATTERSON L.L.P.<br>1845 Woodall Rodgers Fwy., Suite 1050<br>Dallas, Texas 45001<br>krupp@nixlaw.com |
|---|---|

*/s/ Syed K. Fareed*
Syed K. Fareed