# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| IKORONGO TECHNOLOGY LLC and IKORONGO TEXAS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br>    Defendant. | Civil Action No. 6:20-cv-00258-ADA<br><br>**JURY TRIAL DEMANDED**<br><br>The Honorable Alan D Albright |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT

Defendant Lyft, Inc. ("Lyft") files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Plaintiffs' First Amended Complaint and respectfully shows the following:

Plaintiffs filed their First Amended Complaint on April 1, 2020 (Dkt. No. 2). Lyft previously filed an unopposed motion for extension of time to respond to the First Amended Complaint (Dkt. No. 12), and this motion was granted, setting Lyft's current deadline for responding to the Complaint as May 25, 2020.

The parties have agreed to an 18-day extension for Lyft's deadline to respond to the Complaint.

Wherefore, Lyft respectfully requests that the Court grant this motion and enter an order extending the deadline for Lyft to answer or otherwise respond to the Complaint to June 12, 2020.

Dated: May 22, 2020                                Respectfully submitted,

                                                   FISH & RICHARDSON P.C.


                                                   By:  /s/ *Betty Chen*
                                                        Betty Chen
                                                        Texas Bar No. 24056720
                                                        bchen@fr.com
                                                        One Congress Plaza
                                                        111 Congress Avenue, Suite 810
                                                        Austin, TX 78701
                                                        Tel: (512) 472-5070
                                                        Fax: (512) 320-8935

                                                   *Attorney for Defendant Lyft, Inc.*


## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned hereby certifies that on May 22, 2020 counsel for Plaintiff conferred by email with counsel for Defendant and agreed that Plaintiff is unopposed to the relief requested herein.

                                                   */s/ Betty Chen*
                                                   Betty Chen

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22th day of May 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Derek T. Gilliland<br>SOREY, GILLILAND & HULL, LLP<br>109 W. Tyler St.<br>Longview, Texas 75601<br>derek@soreylaw.com | Karl Anthony Rupp<br>NIX PATTERSON L.L.P.<br>1845 Woodall Rodgers Fwy., Suite 1050<br>Dallas, Texas 45001<br>krupp@nixlaw.com |

*/s/ Betty Chen*
Betty Chen