UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IKORONGO TEXAS LLC and<br>IKORONGO TECHNOLOGY LLC,<br><br>Plaintiffs,<br>vs.<br>LG ELECTRONICS INC., and<br>LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Civil Action No. 6:20-cv-00257-ADA<br><br>**JURY TRIAL DEMANDED** |
| IKORONGO TEXAS LLC and<br>IKORONGO TECHNOLOGY LLC,<br><br>Plaintiffs,<br>vs.<br>LYFT, INC.,<br><br>Defendant. | Civil Action No. 6:20-cv-00258-ADA<br><br>**JURY TRIAL DEMANDED** |
| IKORONGO TEXAS LLC and<br>IKORONGO TECHNOLOGY LLC,<br><br>Plaintiffs,<br>vs.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>and SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br>Defendants. | Civil Action No. 6:20-cv-00259-ADA<br><br>**JURY TRIAL DEMANDED** |

## **DECLARATION OF BRADY O. BRUCE**

I, Brady O. Bruce, declare as follows:

1. If called to testify, I would and could competently testify to the following facts which are within my personal knowledge.

2. I am a named inventor of U.S. Patents RE41,450; RE45,543 and RE47,704. I am a co-founder of Fatbubble, Inc. the original assignee of the aforementioned patents. I understand that these

      patents are asserted by Ikorongo in the above-captioned lawsuits.

3. I have agreed to provide consulting services to Ikorongo in connection with the above-captioned lawsuits. I am being compensated for my time and expenses, and am willing to travel to Waco, Texas for trial or otherwise should it become necessary. This travel will not inconvenience me. I understand that trial in these matters is currently scheduled to begin January 24, 2022.

4. While I currently live in California, I am moving out of the State. This move is wholly unrelated to my consulting in this matter or these lawsuits. By the time of the trials in these matters, I do not expect to be living in California.

    I declare under penalty of perjury of the laws of the United States of America and California, that the foregoing is true and correct. Executed on the date noted below in San Francisco, CA.

Dated: December 30, 2020                        Respectfully submitted,

                                                          **BRADY O. BRUCE**