UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IKORONGO TEXAS LLC and<br>IKORONGO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br>        vs.<br>LG ELECTRONICS INC., and<br>LG ELECTRONICS U.S.A., INC.,<br><br>    Defendants. | Civil Action No. 6:20-cv-00257-ADA<br><br>**JURY TRIAL DEMANDED** |
| IKORONGO TEXAS LLC and<br>IKORONGO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br>        vs.<br>LYFT, INC.,<br><br>    Defendant. | Civil Action No. 6:20-cv-00258-ADA<br><br>**JURY TRIAL DEMANDED** |
| IKORONGO TEXAS LLC and<br>IKORONGO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br>        vs.<br>SAMSUNG ELECTRONICS CO., LTD.,<br>and SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br>    Defendants. | Civil Action No. 6:20-cv-00259-ADA<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF MICHAEL W. MITCHELL

I, Michael W. Mitchell, declare as follows:

1. If called to testify, I would and could competently testify to the following facts which are within my personal knowledge.

2. I am a named inventor of U.S. Patents RE41,450; RE45,543 and RE47,704. I understand that these patents are asserted by Ikorongo in the above-captioned lawsuits.

3. I have agreed to provide consulting services to Ikorongo in connection with the above-captioned lawsuits. I am being compensated for my time and expenses, and am willing to travel to Waco, Texas for trial or otherwise should it become necessary. This travel will not inconvenience me. I understand that trial in these matters is currently scheduled to begin January 24, 2022.

I declare under penalty of perjury of the laws of the United States of America and California, that the foregoing is true and correct. Executed on the date noted below in _____.

Dated:  December 30, 2020                         Respectfully submitted,

                                                 _____
                                                 **MICHAEL W. MITCHELL**

Page 2