# EXHIBIT A

# PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1  
Stylesheet Version v1.2

EPAS ID: PAT6035507

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |
| SEQUENCE: | 1 |

**CONVEYING PARTY DATA**

| Name | Execution Date |
|---|---|
| IKORONGO TECHNOLOGY, LLC | 03/20/2020 |

**RECEIVING PARTY DATA**

| Name: | HUGH B SVENDSEN |
|---|---|
| Street Address: | 678 BEAR TREE CREEK |
| City: | CHAPEL HILL |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27517 |
| Name: | SARAH S SVENDSEN |
| Street Address: | 678 BEAR TREE CREEK |
| City: | CHAPEL HILL |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27517 |
| Name: | SCOTT D CURTIS |
| Street Address: | 3611 UNIVERSITY DRIVE #11U |
| City: | DURHAM |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27707 |
| Name: | EUGENE FARRELLY |
| Street Address: | 103 ORILLA COURT |
| City: | CARY |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27513 |
| Name: | MICHAEL W HELPINGSTINE |
| Street Address: | WATERLOO STATION DRIVE |
| City: | CARY |
| State/Country: | NORTH CAROLINA |
| Postal Code: | 27513 |

**PROPERTY NUMBERS Total: 17**

| Property Type | Number |
|---|---|
| Patent Number: | 7080139 |
| Patent Number: | RE41450 |
| Patent Number: | RE44324 |
| Patent Number: | RE45351 |
| Patent Number: | RE45543 |
| Application Number: | 14550100 |
| Patent Number: | RE47704 |
| Patent Number: | 8060525 |
| Patent Number: | 8117193 |
| Patent Number: | 8316015 |
| Patent Number: | 8332425 |
| Patent Number: | 8577874 |
| Patent Number: | 8874554 |
| Patent Number: | 8886666 |
| Patent Number: | 8983937 |
| Patent Number: | 9275138 |
| Patent Number: | 9552428 |

**CORRESPONDENCE DATA**

**Fax Number:**

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

| | |
|---|---|
| Phone: | 919-642-0082 |
| Email: | prosecution@ikorongo.com |
| Correspondent Name: | HUGH B SVENDSEN |
| Address Line 1: | 678 BEAR TREE CREEK |
| Address Line 4: | CHAPEL HILL, NORTH CAROLINA 27517 |

| NAME OF SUBMITTER: | HUGH B. SVENDSEN |
|---|---|
| SIGNATURE: | /Hugh B. Svendsen/ |
| DATE SIGNED: | 03/27/2020 |

**Total Attachments: 9**
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page1.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page2.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page3.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page4.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page5.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page6.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page7.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page8.tif
source=1) Ikorongo NC to Members - Assignment of Patent Rights - FINAL - EXECUTED#page9.tif

## ASSIGNMENT OF PATENT RIGHTS
(Assignment 1 of 2)

This Assignment of Patent Rights (this "**Assignment**"), effective as of March 20, 2020 (the "**Effective Date**"), is made by and between (a) **Ikorongo Technology, LLC**, a North Carolina limited liability company with an address at 678 Bear Tree Creek, Chapel Hill, NC 27517 (the "**Assignor**"), on the one hand, and (b) each of Hugh B. Svendsen, an individual with an address at 678 Bear Tree Creek, Chapel Hill, NC  27517 ("**H. Svendsen**"), Sarah Sowers Svendsen, an individual with an address at 678 Bear Tree Creek, Chapel Hill, NC  27517 ("**S. Svendsen**"), Eugene Farrelly, an individual with an address at 103 Orilla Court, Cary, NC  27513 ("**Farrelly**"), Michael W. Helpingstine, an individual with an address at 108 Waterloo Station Dr., Cary, NC  27513 ("**Helpingstine**"), and Scott D. Curtis, an individual with an address at 1706 Ward St., Durham, NC  27707 ("**Curtis**," and, together with H. Svendsen, S. Svendsen, Farrelly, and Helpingstine, the "**Assignee**"), on the other hand.

WHEREAS, Assignor is the owner of all rights, title and interest in and to all of the patents, reissues, reissue applications and patent applications identified in Schedule A and in any patent letters, reissues, and patent registrations that have been and/or may be granted with respect to the same, and all divisions, renewals, and continuations thereof, and all patents which may be granted thereon and all reissues and extensions thereof (collectively the "**Patents**");

WHEREAS, Assignee owns all of the issued and outstanding membership interests in Assignor;

WHEREAS, Assignor desires to assign, grant and convey to Assignee as a distribution, and Assignee desires to acquire and assume from Assignor as a distribution, the exclusive right under the Patents within and throughout the specified part of the United States identified on Schedule B; and

WHEREAS, this assignment is made consistent with the principles of *Waterman v. Mackenzie*, 138 U.S. 252 (1891) and 35 U.S.C. §261;

NOW, THEREFORE, for good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged Assignor hereby assigns, grants and conveys to Assignee as a distribution, and Assignee hereby acquires and assumes from Assignor as a distribution, the exclusive right under the Patents within and throughout the specified part of the United States identified on Schedule B, including the right to sue for past, present and future infringement and damages thereof;

For the avoidance of doubt, Assignor retains for itself (and does not assign, grant or convey to Assignee) the exclusive right under the Patents within and throughout all parts of the United States and world not identified on Schedule B;

ASSIGNOR HEREBY covenants and agrees that it has the full right to convey the entire interest herein assigned, and that Assignor has not executed, and will not execute, any agreement in conflict herewith; and

ASSIGNOR agrees to execute and deliver to Assignee all documents necessary to effectuate and maintain registrations pertaining to the Patents and inventions therein described now and in the future and to perfect - including through the correction of any inaccuracy or omission to the Patents or otherwise enable the transfer, conveyance and assignment of the assigned exclusive right in the Patents; and

PATENT
REEL: 052246 FRAME: 0758

ASSIGNOR AND ASSIGNEE agree that this Assignment may be executed in any number of counterparts, each of which shall be deemed an original of this Assignment. Counterparts of this Assignment may be delivered via facsimile, electronic mail (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000, *e.g.*, www.docusign.com) or other transmission method and any counterpart so delivered shall be deemed to have been duly and validly delivered and be valid and effective for all purposes.

[*Signature Page Follows*]

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment as of the Effective Date.

**ASSIGNOR:**

IKORONGO TECHNOLOGY, LLC

By: _____
Name: Hugh B. Svendsen
Title: Manager


**ASSIGNEE:**

_____
Hugh B. Svendsen

_____
Sarah Sowers Svendsen


_____
Eugene Farrelly


_____
Michael W. Helpingstine


_____
Scott D. Curtis

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment as of the Effective Date.

**ASSIGNOR:**

IKORONGO TECHNOLOGY, LLC

By: _____
Name: Hugh B. Svendsen
Title: Manager

**ASSIGNEE:**

_____
Hugh B. Svendsen

_____
Sarah Sowers Svendsen

_/s/ Eugene Farrelly_____
Eugene Farrelly

_____
Michael W. Helpingstine

_____
Scott D. Curtis

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment as of the Effective Date.

**ASSIGNOR:**

IKORONGO TECHNOLOGY, LLC

By: _____
Name:   Hugh B. Svendsen
Title:   Manager

**ASSIGNEE:**

_____
Hugh B. Svendsen

_____
Sarah Sowers Svendsen

_____
Eugene Farrelly

*[signature]*
_____
Michael W. Helpingstine

_____
Scott D. Curtis

IN WITNESS WHEREOF, Assignor and Assignee have executed this Assignment as of the Effective Date.

**ASSIGNOR:**

IKORONGO TECHNOLOGY, LLC


By: _____
Name:  Hugh B. Svendsen
Title:  Manager


**ASSIGNEE:**


_____
Hugh B. Svendsen


_____
Sarah Sowers Svendsen


_____
Eugene Farrelly


_____
Michael W. Helpingstine

*/s/ Scott Curtis/*
_____
Scott D. Curtis

## SCHEDULE A

| APPLICATION NUMBER | FILING DATE | PATENT NUMBER | ISSUE DATE | STATUS | TITLE |
|---|---|---|---|---|---|
| 09841475 | 4/24/2001 | 7080139 | 7/18/2006 | Patented | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 12172518 | 7/14/2008 | RE41450 | 7/20/2010 | Patented | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 12820579 | 6/22/2010 | RE44324 | 6/25/2013 | Patented | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 13893992 | 5/14/2013 | RE45351 | 1/20/2015 | Patented | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 13894009 | 5/14/2013 | RE45543 | 6/2/2015 | Patented | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 14550100 | 11/21/2014 | | | Pending | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 14577746 | 12/19/2014 | RE47704 | 11/5/2019 | Patented | Method and apparatus for selectively sharing and passively tracking communication device experiences |
| 11963050 | 12/21/2007 | 8060525 | 11/15/2011 | Active | Method and system for generating media recommendations in a distributed environment based on tagging play history information with location information |

| 12192682 | 08/15/2008 | 8117193 | 02/14/2012 | Active | Tunersphere |
|---|---|---|---|---|---|
| 13228688 | 09/09/2011 | 8316015 | 11/20/2012 | Active | Tunersphere |
| 13286746 | 01/11/2011 | 8332425 | 12/11/2012 | Active | Method and system for generating media recommendations in a distributed environment based on tagging play history information with location information |
| 13655648 | 10/19/2012 | 8577874 | 11/05/2013 | Expired | Tunersphere |
| 14069761 | 01/11/2013 | 8874554 | 10/28/2014 | Active | Turnersphere |
| 13616651 | 09/14/2012 | 8886666 | 11/11/2014 | Expired | Method and system for generating media recommendations in a distributed environment based on tagging play history information with location information |
| 14488456 | 09/17/2014 | 8983937 | 03/17/2015 | Active | Tunersphere |
| 14658551 | 03/16/2015 | 9275138 | 03/01/2016 | Active | System for generating media recommendations in a distributed environment based on seed information |
| 15056310 | 02/29/2016 | 9552428 | 01/24/2017 | Active | System for generating media recommendations in a distributed environment based on seed information |

PATENT
REEL: 052246 FRAME: 0765

**SCHEDULE B**

The specified part of the United States is the following counties of the State of Texas:

Andrews, Atascosa, Bandera, Bastrop, Bell, Bexar, Blanco, Bosque, Brewster, Burleson, Burnet, Caldwell, Comal, Coryell, Crane, Culberson, Dimmit, Ector, Edwards, Falls, Freestone, Frio, Gillespie, Gonzales, Guadalupe, Hamilton, Hays, Hill, Hudspeth, Jeff Davis, Karnes, Kendall, Kerr, Kimble, Kinney, Lampasas, Lee, Leon, Limestone, Llano, Loving, Martin, Mason, Maverick, McCulloch, McLennan, Medina, Midland, Milam, Pecos, Presidio, Real, Reeves, Robertson, San Saba, Somervell, Terrell, Travis, Upton, Uvalde, Val Verde, Ward, Washington, Williamson, Wilson, Winkler, Zavalla;

Anderson, Angelina, Bowie, Camp, Cass, Cherokee, Collin, Cook, Delta, Denton, Fannin, Franklin, Grayson, Gregg, Hardin, Harrison, Henderson, Hopkins, Houston, Jasper, Lamar, Liberty, Marion, Morris, Nacogdoches, Newton, Orange, Panola, Polk, Rains, Red River, Rusk, Sabine, San Augustine, Shelby, Smith, Titus, Trinity, Tyler, Upshur, Van Zandt, and Wood.